FILED
2013 May-07 PM 04:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT "B"

